**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FORREST ANDRE PARKER SR. ) | Case No. 21−31527−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON MOTION**
**TO SELL REAL ESTATE AND TO SHORTEN NOTICE PERIOD**

COME NOW the Debtor, by counsel, and move this Court to Expedite the Hearing on his Motion to Sell Real Estate and to Shorten Notice Period, and in support thereof states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on May 7, 2021.

2. Statebridge Company LLC ("Statebridge") is a secured creditor which holds a first mortgage on the property known as 26640 Laurel Grove Court, Mechanicsville, MD 20659, more particularly known as

> Being known and designated Lot Numbered Twenty-Six (26), containing 2.24 acres, more or less, as shown on plat entitled "Laurel Grove Estates" and recorded among the Plat Records of St. Mary's County, Maryland at Liber No. 34 and Folio 101 and recorded at Liber No. 24, folio 119. The improvements thereon being known as 26640 Laurel Grove Estates, Mechanicsville, Maryland 20659.

(the "Property").

3. The approximate payoff balance on the note secured by said mortgage is $311,085.00. The tax assessed value of the Property is $277,167.00.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

4. Statebridge has agreed to short sale the Property for $282,000.00 to Diane Parker, a relative of the Debtors, which, upon closing of the same, will result in Statebridge releasing its deed of trust against the Property. A copy of said Agreement is attached hereto collectively as Exhibit "A" and incorporated herein by this reference.

5. On May 31, 2021, or as soon thereafter as may be practicable, Debtor intends to sell his home interest in the Property in accordance with the terms of the Agreement.

6. No proceeds from the sale will be distributed to the Debtor.

WHEREFORE, the Debtors respectfully request that the Court expedite the hearing on their Motion to Pursuant to Rule 6004 for Proposed Sale of Real Estate, Shorten the Notice Period required for said Motion, and grant them such other and further relief as is just and proper.

Dated: May 21, 2021                                           FORREST ANDRE PARKER SR.


                                            By: /s/ James E. Kane
                                                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1.     I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2.     I have not created the emergency through any lack of due diligence.

3.     I have made a *bona fide* effort to resolve the matter without hearing.

By:   /s/ James E. Kane
             James E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FORREST ANDRE PARKER SR. | ) | Case No. 21−31527−KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to his Motion to Sell Real Estate.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **May 26, 2021 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA  23219**.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: May 21, 2021                                    FORREST ANDRE PARKER SR

                                                                                                                           By: /s/ James E. Kane
                                                                                                                                  Counsel

                                                                                    James E. Kane (VSB #30081)
                                                                                    KANE & PAPA, P.C.
                                                                                    1313 East Cary Street
                                                                                    Richmond, VA  23219
                                                                                    (804) 225-9500 (phone)
                                                                                    (804) 225-9598 (fax)
                                                                                    *Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 21-31527-KRH<br>Eastern District of Virginia<br>Richmond<br>Fri May 21 11:18:47 EDT 2021 | Lee's Hill Community Association, Inc.<br>MercerTrigiani LLP<br>112 South Alfred Street<br>Alexandria, VA 22314-3061 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| Ashley Funding Services<br>P. O. Box 10587<br>Greenville, SC 29603-0587 | BB&T/Truist<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894-1847 | Bsi Financial Services<br>Attn: Bankruptcy<br>P.O Box 517<br>Titusville, PA 16354-0517 |
| Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203-0000 | DEPARTMENT OF THE TREASURY-IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | Diane Parker<br>26640 Laurel Grove Court<br>Mechanicsville, MD 20659-4472 |
| Division of Child Support<br>730 E. Broad Street, 4th Floor<br>Richmond, VA 23219-1861 | Internal Revenue Service<br>Centralized Insolvency Operati<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Lee's Hill Community Assoc.<br>9901 Old Dominion Pkwy<br>Fredericksburg, VA 22408-9570 |
| MercerTrigiani<br>112 S Alfred St.<br>Alexandria, VA 22314-3061 | Omega Exterior Restoration Inc<br>25686 Grandiflora Ct<br>Mechanicsville, MD 20659-4921 | Retina Institute of VA<br>8700 Stony Point Pkwy<br>Suite 150<br>Richmond, VA 23235-1963 |
| Robertson, Anschutz, Schneid,<br>11900 Parklawn Drive<br>Suite 310<br>Rockville, MD 20852-2893 | TACS<br>P O Box 31800<br>Henrico, VA 23294-1800 | US Attorney<br>Suntrust Building<br>919 East Main Street, Suite 1900<br>Richmond, VA 23219-4622 |
| VA Dept. of Taxation<br>Office of Customer Services<br>PO Box 1115<br>Richmond, VA 23218-1115 | Virginia Credit Union<br>Attn: Bankruptcy<br>Po Box 90010<br>Richmond, VA 23225-9010 | Forrest Andre Parker Sr.<br>9811 Fendale Lane<br>Fredericksburg, VA 22408-9529 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)Personal property taxes?? | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     2<br>Total                  25 |