UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:
    Forrest Andre Parker, Sr.           Chapter 13
                                                  Case No. 21-31527-KRH
    Debtor

_____

**NOTICE OF APPEARANCE**

      Please take notice that Orlans PC has been retained as Attorney for Creditor, Waterfall Victoria Grantor Trust II, Series G, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  June 11, 2021

                                                        Respectfully submitted,

                                                        /s/Daniel K. Eisenhauer_____
                                                        Daniel K. Eisenhauer, Bar #85242
                                                       Orlans PC
                                                       PO Box 2548
                                                       Leesburg, VA 20177
                                                       (703) 777-7101
                                                       Attorneys for Waterfall Victoria Grantor Trust II, Series G
                                                       deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on June 11, 2021, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Suzanne E. Wade
341 Dial 877-996-8484 Code 2385911
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226
ecfsummary@ch13ricva.com
*Bankruptcy Trustee*

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
jkane@kaneandpapa.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Forrest Andre Parker, Sr.
9811 Fendale Lane
Fredericksburg, VA 22408
*Debtor*

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esquire